# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY TIHANSKY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 17-5392** |
| **EDIZONE, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this ___10th____ day of July, 2019, upon consideration of Defendant Edizone, LLC's Motion for Summary Judgment ("Motion") (ECF No. 10), Plaintiff's Reply in Opposition (ECF No. 14), Defendant's Sur-Reply (ECF No. 17), Defendant's Memorandum in Support (ECF No. 19), and Pl.'s Sur-Reply (ECF No. 22).

**IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

                                                  **BY THE COURT:**

                                                  **/s/ Petrese B. Tucker**

                                                  _____

                                                  **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated July __, 2019.